IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., )<br>)<br>)<br>)<br>    Plaintiff, )<br>) C.A.No. 1:07CV00371(RMC)<br>   vs. )<br>SNET DIVERSIFIED GROUP, INC., )<br>a/k/a )<br>SNET PRIME AXXESS, )<br>)<br>    Defendant. ) | |

NOTICE OF DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff PAETEC Communications, Inc. discontinues the above-entitled action and dismisses the complaint with prejudice.

            /s/
Jeffrey J. Binder, Esq.
D.C. Bar #475821
The Watergate
2510 Virginia Avenue, NW
Washington, D.C.  20037
j.j.binder@verizon.net

Dated this 13th day of June, 2007

Case 1:07-cv-00371-CKK    Document 4    Filed 06/13/2007    Page 2 of 2